

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | No. CR-10-244-AWI |
| vs. | ORDER OF RELEASE |
| ERICA ANDRADE COCOM, | |
| Defendant. | |

The above named defendant having been sentenced on May 23, 2011 to 10 MONTHS, CREDIT FOR TIME SERVED

IT IS HEREBY ORDERED that the defendant shall be released on May 23, 2011. A certified Judgment and Commitment order to follow.

DATED: 5-23-11

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1